IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-02171-CMA-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:          March 17, 2014 | Courtroom Deputy:    Courtni Covington |

_Parties:_                                                    _Counsel:_

KIM REICHERS,                                    Larry P. Smith

      Plaintiff,

v.

DELAWARE   ASSET   MANAGEMENT,
LLC.,

      Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:       10:45 a.m.**
Court calls case.  Appearances of counsel.

This matter is before the court regarding Plaintiff's **Motion to Compel Responses to Post-Judgment Discovery** [Doc. No. 15].

Discussion between the court and counsel for Plaintiff regarding efforts undertaken to pursue discovery against the Defendant and what counsel intends to do if the court grants the _Motion to Compel._

**ORDERED:**          _Plaintiff's Motion to Compel Responses to Post-Judgment Discovery_ [Doc. No. 15, filed 2/04/2014] is **GRANTED**.

The court addresses counsel regarding conducting discovery proportionate to the case and advises he should be mindful of his obligation to proceed in an appropriate and reasonable manner.

HEARING CONCLUDED.          **Court in recess**:  **10:53 a.m.**          Total time in court:   00:08

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.